ACCEPTED
02-15-00373-CV
Filed: 12/2/2015 SECOND COURT OF APPEALS
Jamie Freeze Land   FORT WORTH, TEXAS
District Clerk      12/9/2015 9:04:01 AM
Young County, Texas     DEBRA SPISAK
CLERK

Jamie Land

## CAUSE NO. 32591

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **BYRON WALKER** | § | |
| **AND** | § | **90TH JUDICIAL DISTRICT** |
| **SHERYL WALKER** | § | |
| | § | |
| **AND IN THE INTEREST OF** | § | |
| **C.L.W., A CHILD** | § | **YOUNG COUNTY, TEXAS** |

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/09/2015 9:04:01 AM
DEBRA SPISAK
Clerk

## BYRON WALKER'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

Petitioner, Byron Walker, party to this case, files this Notice of Appeal seeking to alter the trial court's rulings on Respondent's Motion for Summary Judgment, Petitioner's First Motion to Continue Sheryl Walker's Motion for Summary Judgment, and Petitioner's Objections to Summary Judgment Evidence and any associated rulings.

The trial court, trial court case number, and style of this matter are shown in the above caption.

The orders that Petitioner is appealing were signed on September 9, 2015.

Byron Walker desires to appeal the Final Summary Judgment and any associated orders, including but not limited to the Order Denying Motion for Continuance, Extending Discovery Deadlines, and Granting Leave for Response and the Order on Byron Walker's Objections to Sheryl Walker's Summary Judgment Evidence and Response to Sheryl Walker's Motion for Summary Judgment.

This appeal is being made to the Second Court of Appeals in Fort Worth, Texas.

Respectfully submitted,

Lovelace Killen, PLLC


By:  /s/ Jennifer L. Lovelace
     Jennifer L. Lovelace
     Texas Bar No. 24051110
     jlovelace@lovelacekillen.com
     W. Cade Lovelace
     Texas Bar No. 24050956
     clovelace@lovelacekillen.com

     100 E. 15th Street, Suite 350
     Fort Worth, Texas  76102
     Tel. (817) 953-9656
     Fax. (817) 385-6656

     **ATTORNEYS FOR PETITIONER**
     **BYRON WALKER**


## CERTIFICATE OF SERVICE

I certify that on December 2, 2015, a true and correct copy of Byron Walker's Notice of Appeal was served in the following manner on the persons named below in accordance with the Texas Rules of Civil and Appellate Procedure.

Kerwin B. Stephens                       ***Via Electronic Service***
STEPHENS & MYERS, L.L.P.           ***(lawoffice@stephensandmyers.com)***
515 Fourth Street
Graham, Texas 76450
*Attorney for Respondent*

I certify that on December 2, 2015, a copy has also been provided to the Second Court of Appeals in Fort Worth Texas.


     /s/ Jennifer L. Lovelace
     Jennifer L. Lovelace